# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER PHILLIP ROBBINS, JR., ) | 1:07-CV-0541 AWI DLB PC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. ) | |
| GAIL LEWIS, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: May 16, 2007          /s/ Dennis L. Beck
                             UNITED STATES MAGISTRATE JUDGE